**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 6:09-CV-1315-ORL-31-KRS**

| | |
|---|---|
| OWEN HARTY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TCAM CORE PROPERTY FUND OPERATING LP, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

**JOINT NOTICE OF SETTLEMENT, AND STIPULATION OF**
**DISMISSAL OF ACTION WITH PREJUDICE**

COME NOW, Plaintiff, OWEN HARTY ("Plaintiff") and Defendant, TCAM CORE PROPERTY FUND OPERATING LP ("TCAM" or "Defendant"), (Plaintiff and Defendant shall hereinafter be referred to collectively as the "Parties"), and hereby inform the Court that the Parties have entered into a Confidential Settlement Agreement (the "Agreement") regarding this matter.  Pursuant to the Agreement, the Parties jointly stipulate to dismissal of this action with Prejudice, each of the Parties to bear its respective fees and costs, and the Court to retain jurisdiction over this matter for the enforcement of the Agreement.

1

**Case No. 6:09-CV-1315-ORL-31-KRS**

WHEREFORE, the Parties respectfully request that the Court enter the proposed Order submitted simultaneously with this Joint Notice.

Dated this 11th day of February, 2010   Respectfully submitted,

| | |
|---|---|
| **THOMAS B. BACON, P.A.** | **GREENBERG TRAURIG, P.A.** |
| *Counsel for Plaintiffs* | *Attorneys for Defendant* |
| 4868 S.W. 103rd Ave. | 1221 Brickell Avenue |
| Cooper City Florida 33328 | Miami, FL 33131 |
| Telephone: (954) 925-6488 | Telephone: (305) 579-0500 |
| Facsimile: (954) 237-1990 | Facsimile: (305) 570-0717 |
| | |
| /s/ Thomas B. Bacon        . | /s/ D. Porpoise Evans        . |
| THOMAS B. BACON, Trial counsel | MARLENE K. SILVERMAN, FBN 226947 |
| FBN 0276487 | E-mail: silvermanm@gtlaw.com |
| E-mail: tbb@thomasbaconlaw.com | ROBERT S. FINE, FBN 155586 |
| | E-mail: finer@gtlaw.com |
| | D. PORPOISE EVANS, FBN 0576883 |
| | E-mail: evansp@gtlaw.com |